**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6417

BUSTER MARSHALL,

Plaintiff - Appellant,

versus

JOHN R. MAXCEY; CAPTAIN GILLESPIE; DEPUTY
WARDEN FOWLER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-95-1856-6-3AK)

Submitted:  August 15, 1996         Decided:  August 20, 1996

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Buster Marshall, Appellant Pro Se.  Henry Ronald Stanley, Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court, but modify the district court's order to reflect a dismissal without prejudice. Marshall v. Maxcey, No. CA-95-1856-6-3AK (D.S.C. Mar. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED